UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE TAYLOR, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC. a Delaware Corporation; SAM'S WEST, INC. dba SAM'S CLUB, a Delaware Corporation; DOES 1 through 50, inclusive,<br><br>            Defendants. | No. CV 23-10561-DMG (BFMx)<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) [27]** |

1    Pursuant to the Parties' Stipulation for Dismissal pursuant to Federal Rule of
2 Civil Procedure 41(a)(1)(A)(ii), and good cause appearing,
3    IT IS ORDERED that the above-captioned action is dismissed with prejudice.
4 Each party shall bear their own attorney's fees and costs.  All dates and deadlines are
5 VACATED.

DATED:  July 28, 2025

                                    DOLLY M. GEE
                                    CHIEF U.S. DISTRICT JUDGE